No. 90–1361. HOLYWELL CORP. ET AL. v. SMITH ET AL.; and
No. 90–1484. UNITED STATES v. SMITH ET AL. C. A. 11th Cir. [Certiorari granted, 500 U. S. 941.] Motion of petitioners

1280

for divided argument denied. Motion of respondents for divided argument denied.